## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Andres Arredondo Alcaraz, | ) | Case No. 1:26-cr-098 |
| | ) | |
| Defendant. | ) | |

On July 6, 2026, the court issued an order appointing attorney Kyle Craig to represent Defendant in this matter. (Doc. No. 69). On July 24, 2026, the court granted Defendant's motion for his retained counsel, Kerry Steigerwalt, to appear *pro hac vice*. (Doc. Nos. 72 and 73).

As Defendant has retained counsel, the court authorizes attorney Kyle Craig with withdraw as counsel for Defendant.

**IT IS SO ORDERED.**

Dated this 11th day of August, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court